**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| BRAYON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00076-PLC |
| ) | |
| HANNIBAL POLICE DEPARTMENT ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**<u>MEMORANDUM AND ORDER</u>**

Plaintiff Brayon Williams is a frequent litigant in this District, having filed more than 20 cases since January 2024. The Court has dismissed most of these cases for failure to comply with basic procedural requirements, including the repeated failure to properly sign his pleadings as required by Rule 11 of the Federal Rules of Civil Procedure.

Once again, Plaintiff's complaint is deficient for lack of a valid signature. Doc. [1]. Under Rule 11, "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Further, Local Rule 2.11 provides that an electronic signature is sufficient only if submitted through the filer's authorized electronic filing account. If the filer is not an attorney of record and does not use an authorized account, the document must be physically signed. E.D.Mo. L.R. 2.11.

Here, Plaintiff did not use an authorized electronic filing account, nor did he physically sign his complaint. Instead, he typed the phrase "SIG. RULE /11/ WILBJ 0820-3787" in the signature block. Doc. [1] at 3. This does not satisfy the requirements of Rule

11 or Local Rule 2.11.  *See, e.g., Dean v. Stobie*, No. 4:24-cv-00074-MTS, 2024 WL 2846673, at *1 (E.D. Mo. June 5, 2024).

The Court has repeatedly warned Plaintiff about this deficiency in prior cases.  His continued refusal to comply with these procedural requirements demonstrates that further opportunities to correct the defect would be futile and would unnecessarily burden the Court's resources.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.  An Order of Dismissal will accompany this Memorandum and Order.

Dated this 9th day of May 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE